United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ROBERT B STINNETT**

    Plaintiff(s),                     No. C-**10-05661** EDL

    v.                               **ORDER OF CONDITIONAL DISMISSAL**

**SPORTS GALLERY**

    Defendants.
_____/

The parties hereto, by their counsel, having advised the Court that they have agreed to a conditional settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before October 3, 2011 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: August 3, 2011

                                                 _____
                                                 ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge